SCHIFF HARDIN LLP
Stephen M. Hankins (CSB #154886)
*shankins@schiffhardin.com*
Sarah D. Youngblood (CSB #244304)
*syoungblood@schiffhardin.com*
One Market Plaza, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94015
Telephone: 415-901-8700
Facsimile: 415-901-8701

Attorneys for Defendant
OWENS-BROCKWAY GLASS CONTAINER INC.

SANDRA J. COHEN, CA SB#. 85045
300 South First Street, Suite 320
San Jose CA 95113
408-975-0545
e-mail:sjcohen@employmentatty.com

Attorney for Plaintiff ELIZABETH SAMUELS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| ELIZABETH SAMUELS,<br><br>Plaintiff,<br><br>vs.<br><br>OWENS-BROCKWAY GLASS CONTAINER, INC. and DOES I through V,<br><br>Defendants. | CASE NO. 2:13-CV-00713-GEB-DAD<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE FRCP 15(a) MOTION TO AMEND PLEADINGS**<br><br>Judge: Honorable Garland E. Burrell |
|---|---|

The parties, by and through their attorneys of record have met and conferred and agreed to the following stipulation:

(1)   On July 8, 2013, the Court entered its Pretrial Scheduling Order setting the discovery and trial schedule in this matter.  *See* Docket No. 11.

(2)   Pursuant to this order, the parties' last day to "file a motion in which leave is sought under Federal Rule of Civil Procedure 15(a) to amend their pleadings in response to information obtained during discovery" is December 2, 2013.  *Id.*  Also pursuant to this order, the

close of fact discovery is not until October 14, 2014 and trial is scheduled for May 19, 2015. *Id.*

    (3)    The parties have each served written discovery on each other and are in the process of preparing their respective responses. The parties have yet to conduct any depositions in this case.

    (4)    Given the current status of discovery in this case, the parties have met and conferred and agreed that an extension of the parties' deadline to file a motion to amend the pleadings under FRCP 15(a) would be in the best interest of each party.

    (5)    The parties have not previously requested nor received an extension of this deadline.

Therefore, the parties have agreed to and propose a brief extension of the current deadline to file a motion to amend the pleadings under FRCP 15(a) from its current date of December 2, 2013 to January 31, 2014.

**IT IS SO STIPULATED.**

Dated:  October 17, 2013        SANDRA J. COHEN

By: */s/ Sandra J. Cohen* (approved 10/17/13)
    Sandra J. Cohen
    Attorneys for Plaintiff
    ELIZABETH SAMUELS

Dated:  October 17, 2013        SCHIFF HARDIN LLP

By: */s/ Sarah D. Youngblood*
    Sarah D. Youngblood
    Attorneys for Defendant
    OWENS-BROCKWAY GLASS
    CONTAINER INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**Dated:  October 22, 2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge