SCHIFF HARDIN LLP
Stephen M. Hankins (CSB #154886)
*shankins@schiffhardin.com*
Sarah D. Youngblood (CSB #244304)
*syoungblood@schiffhardin.com*
One Market Plaza, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94015
Telephone: 415-901-8700
Facsimile: 415-901-8701

Attorneys for Defendant
OWENS-BROCKWAY GLASS CONTAINER INC.

SANDRA J. COHEN, CA SB#. 85045
300 South First Street, Suite 320
San Jose CA 95113
408-975-0545
e-mail:sjcohen@employmentatty.com

Attorney for Plaintiff ELIZABETH SAMUELS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ELIZABETH SAMUELS,<br><br>Plaintiff,<br><br>vs.<br>OWENS-BROCKWAY GLASS CONTAINER, INC. and DOES I through V,<br><br>Defendants. | CASE NO. 2:13-CV-00713-GEB-DAD<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE FRCP 15(a) MOTION TO AMEND PLEADINGS**<br><br>Judge: Honorable Garland E. Burrell |

The parties, by and through their attorneys of record have met and conferred and agreed to the following stipulation:

(1) On July 8, 2013, the Court entered its Pretrial Scheduling Order setting the discovery and trial schedule in this matter. *See* Docket No. 11.

(2) Pursuant to this order, the parties' last day to "file a motion in which leave is sought under Federal Rule of Civil Procedure 15(a) to amend their pleadings in response to information obtained during discovery" is December 2, 2013. *Id.* Also pursuant to this order, the

1  close of fact discovery is not until October 14, 2014 and trial is scheduled for May 19, 2015. *Id.*

2      (3)    The parties have each served written discovery on each other and are in the process
3  of preparing their respective responses. The parties have yet to conduct any depositions in this
4  case.

5      (4)    Given the current status of discovery in this case, the parties have met and
6  conferred and agreed that an extension of the parties' deadline to file a motion to amend the
7  pleadings under FRCP 15(a) would be in the best interest of each party.

8      (5)    The parties have not previously requested nor received an extension of this
9  deadline.

10  Therefore, the parties have agreed to and propose a brief extension of the current deadline
11  to file a motion to amend the pleadings under FRCP 15(a) from its current date of December 2,
12  2013 to January 31, 2014.

13  **IT IS SO STIPULATED.**

14

15  Dated: October 17, 2013        SANDRA J. COHEN

16

17          By: */s/ Sandra J. Cohen* (approved 10/17/13)
        Sandra J. Cohen
        Attorneys for Plaintiff
18          ELIZABETH SAMUELS

19  Dated: October 17, 2013        SCHIFF HARDIN LLP

20

21          By: */s/ Sarah D. Youngblood*
        Sarah D. Youngblood
        Attorneys for Defendant
22          OWENS-BROCKWAY GLASS
        CONTAINER INC.

23

24  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**Dated: October 22, 2013**

25

26

27  _____
        GARLAND E. BURRELL, JR.
28          Senior United States District Judge