SCHIFF HARDIN LLP
Stephen M. Hankins (CSB #154886)
*shankins@schiffhardin.com*
Sarah D. Youngblood (CSB #244304)
*syoungblood@schiffhardin.com*
One Market Plaza, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94015
Telephone: 415-901-8700
Facsimile: 415-901-8701

Attorneys for Defendant
OWENS-BROCKWAY GLASS CONTAINER INC.

SANDRA J. COHEN, CA SB#. 85045
300 South First Street, Suite 320
San Jose CA 95113
408-975-0545
e-mail:sjcohen@employmentatty.com

Attorney for Plaintiff ELIZABETH SAMUELS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ELIZABETH SAMUELS,<br><br>Plaintiff,<br><br>vs.<br>OWENS-BROCKWAY GLASS CONTAINER, INC. and DOES I through V,<br><br>Defendants. | CASE NO. 2:13-CV-00713-GEB-DAD<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE FRCP 15(a) MOTION TO AMEND PLEADINGS AND EXPERT DISCLOSURE DEADLINES**<br><br>Judge: Honorable Garland E. Burrell |

The parties, by and through their attorneys of record have met and conferred and agreed to the following stipulation:

(1) On July 8, 2013, the Court entered its Pretrial Scheduling Order setting the discovery and trial schedule in this matter. *See* Docket No. 11.

(2) Pursuant to this order, the close of fact discovery is not until October 14, 2014 and trial is scheduled for May 19, 2015. *Id.* Also pursuant to this order, the parties' last day to "file a motion in which leave is sought under Federal Rule of Civil Procedure 15(a) to amend their

1  pleadings in response to information obtained during discovery" was December 2, 2013.  *Id.*
2  Additionally, this order requires the disclosure of expert witnesses by April 7, 2014 and the
3  disclosure of rebuttal expert witnesses by May 5, 2014.  *Id.*

4　　　　(3)　　On October 22, 2013, pursuant to the parties' stipulation, the Court entered an
5  order extending the deadline to file a motion to amend the pleadings to January 31, 2014.  *See*
6  Docket No. 13.

7　　　　(4)　　The parties have each served written discovery on each other and are in the process
8  of meeting and conferring regarding their respective responses.  The parties have yet to conduct
9  any depositions in this case.

10　　　　(5)　　Given the current status of discovery in this case, the fact that the close of
11  discovery is not until October 14, 2014, and that the parties would like to complete as much
12  discovery as possible prior to the deadline to file motions to amend the pleadings, the parties have
13  met and conferred and agreed that a further extension of the parties' deadline to file a motion to
14  amend the pleadings under FRCP 15(a) would be in the best interest of each party.

15　　　　(6)　　Further, the parties have met and conferred on the issue of the expert disclosure
16  deadlines and, for similar reasons, have agreed that an extension of the deadlines to exchange
17  initial and expert disclosures would be in the best interest of each party.

18　　　　Therefore, the parties have agreed to and propose an extension of the current deadline to
19  file a motion to amend the pleadings under FRCP 15(a) from its current date of January 31, 2014
20  to April 30, 2014.  The parties have also agreed to and propose an extension of the initial expert
21  disclosure deadline from April 7, 2014 to July 8, 2014 and an extension of the rebuttal expert
22  disclosure deadline from May 5, 2014 to August 5, 2014.

23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1   **IT IS SO STIPULATED.**

2

3  Dated: January 14, 2014                         SANDRA J. COHEN

4

5                                                  By: /s/ Sandra J. Cohen (approved 1/14/14)
                                                       Sandra J. Cohen
                                                       Attorneys for Plaintiff
6                                                      ELIZABETH SAMUELS

7  Dated: January 14, 2014                         SCHIFF HARDIN LLP

8

9                                                  By: /s/ Sarah D. Youngblood
                                                       Sarah D. Youngblood
                                                       Attorneys for Defendant
10                                                     OWENS-BROCKWAY GLASS
                                                       CONTAINER INC.
11

12

13

14  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

15  **Dated: January 15, 2014**

16

17                                        _____
                                          GARLAND E. BURRELL, JR.
18                                        Senior United States District Judge

19

20

21

22

23

24

25

26

27

28