SANDRA J. COHEN, CA SB#. 85045
300 South First Street, Suite 320
San Jose CA 95113
408-975-0545
*sjcohen@employmentatty.com*

Attorney for Plaintiff ELIZABETH SAMUELS

SCHIFF HARDIN LLP
Stephen M. Hankins (CSB #154886)
*shankins@schiffhardin.com*
Sarah D. Youngblood (CSB #244304)
*syoungblood@schiffhardin.com*
One Market Plaza, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94015
Telephone: 415-901-8700
Facsimile: 415-901-8701

Attorneys for Defendant
OWENS-BROCKWAY GLASS CONTAINER INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ELIZABETH SAMUELS,<br><br>Plaintiff,<br><br>vs.<br><br>OWENS-BROCKWAY GLASS CONTAINER, INC. and DOES I through V,<br><br>Defendants. | CASE NO. 2:13-CV-00713-GEB-DAD<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCLOSURE DEADLINES**<br><br>Judge: Honorable Garland E. Burrell |

The parties, by and through their attorneys of record have met and conferred and agreed to the following stipulation:

(1) On July 8, 2013, the Court entered its Pretrial Scheduling Order setting the discovery and trial schedule in this matter. *See* Docket No. 11.

(2) Pursuant to this order, the close of fact discovery is not until October 14, 2014 and trial is scheduled for May 19, 2015. *Id.*

(3) On January 15, 2014, pursuant to the parties' stipulation, the Court entered an order

1. extending the deadline to disclose expert witnesses to July 8, 2014 and extending the deadline to disclose rebuttal expert witnesses to August 5, 2014.  *See* Docket No. 15.

    (4)    The parties have each served written discovery on each other, met and conferred multiple times regarding their respective responses and have informally resolved most of their discovery disputes. Plaintiff's deposition has been taken and Plaintiff plans to take depositions in July.

    (5)    Given the current status of discovery in this case, the fact that the close of discovery is not until October 14, 2014, and that the parties would like to complete as much factual discovery as possible before deposing expert witnesses, the parties have met and conferred and agreed that a further extension of the deadlines to exchange initial and expert disclosures would be in the best interest of each party.

    Therefore, the parties have agreed to and propose an extension of the initial expert disclosure deadline from July 8, 2014 to August 22, 2014 and an extension of the rebuttal expert disclosure deadline from August 5, 2014 to September 12, 2014.

    **IT IS SO STIPULATED.**

Dated:  June 12, 2014                    SANDRA J. COHEN

                                         By: */s/ Sandra J. Cohen*
                                            Sandra J. Cohen
                                            Attorneys for Plaintiff
                                            ELIZABETH SAMUELS

Dated:  June 12, 2014                    SCHIFF HARDIN LLP

                                         By: */s/ Sarah D. Youngblood (approved 6/12/12)*
                                            Sarah D. Youngblood
                                            Attorneys for Defendant
                                            OWENS-BROCKWAY GLASS
                                            CONTAINER INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**Dated:  June 13, 2014**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge