SANDRA J. COHEN, CA SB#. 85045
300 South First Street, Suite 320
San Jose CA 95113
408-975-0545
*sjcohen@employmentatty.com*

Attorney for Plaintiff ELIZABETH SAMUELS

SCHIFF HARDIN LLP
Stephen M. Hankins (CSB #154886)
*shankins@schiffhardin.com*
Sarah D. Youngblood (CSB #244304)
*syoungblood@schiffhardin.com*
One Market Plaza, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94015
Telephone: 415-901-8700
Facsimile: 415-901-8701

Attorneys for Defendant
OWENS-BROCKWAY GLASS CONTAINER INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ELIZABETH SAMUELS,<br><br>   Plaintiff,<br><br>   vs.<br><br>OWENS-BROCKWAY GLASS CONTAINER, INC. and DOES I through V,<br><br>   Defendants. | CASE NO. 2:13-CV-00713-GEB-DAD<br><br>**STIPULATION AND [PROPOSED] ORDER TO FURTHER EXTEND EXPERT DISCLOSURE DEADLINES AND TO EXTEND DISCOVERY CUT-OFF DATE**<br><br>Judge: Honorable Garland E. Burrell |

The parties, by and through their attorneys of record have met and conferred and agreed to the following stipulation:

(1)     On July 8, 2013, the Court entered its Pretrial Scheduling Order setting the discovery and trial schedule in this matter.  *See* Docket No. 11.

(2)     Pursuant to this order, the close of fact discovery is not until October 14, 2014 and trial is scheduled for May 19, 2015.  *Id.*

(3)     The initial expert disclosure deadline is currently August 22, 2014 and the rebuttal

STIPULATION AND [PROPOSED] ORDER TO FURTHER EXTEND EXPERT DISCLOSURE DEADLINES AND
TO EXTEND DISCOVERY CUT-OFF DATE

1   expert disclosure deadline is currently September 12, 2014.  *See* Docket No. 21.

2         (4)     This is a disability discrimination claim related to two workers' compensation

3   claims.  Both parties are relying upon the opinions of Howard Siu, M.D., the Panel Qualified

4   Medical Examiner in the underlying workers' compensation matters.  The California workers'

5   compensation rules forbid ex parte communication with Dr. Siu.  Defense counsel has been

6   diligently attempting to schedule Dr. Siu's deposition.  The parties have been advised that Dr. Siu

7   has at least temporarily closed his practice to attend to his sick wife and it has not been possible to

8   schedule Dr. Siu's deposition before August 22, 2014.  Thus, the parties cannot comply with the

9   requirements of F.R.C.P. 26 by August 22, 2014.

10         (5)     The parties have met and conferred and agreed that a further extension of the

11   deadlines to exchange initial and expert disclosures would be in the best interest of each party and

12   that such extensions necessitate an extension of the discovery cut-off date.

13         Therefore, the parties have agreed to and propose a further extension of the initial expert

14   disclosure deadline from August 22, 2014 to September 22, 2014 and an extension of the rebuttal

15   expert disclosure deadline from September 12, 2014 to October 14, 2014.  The parties further

16   propose an extension of the discovery cut-off date from October 14, 2014 to November 14, 2014

17   and request that this Court agree to such an extension of the discovery cut-off date.

18         **IT IS SO STIPULATED.**

19   Dated:  August 12, 2014               SANDRA J. COHEN

20

                                      By: */s/ Sandra J. Cohen*

21                                      Sandra J. Cohen

22                                      Attorneys for Plaintiff
                                   ELIZABETH SAMUELS

23   Dated:  August 12, 2014               SCHIFF HARDIN LLP

24

25                                       By: */s/ Sarah D. Youngblood (approved 8/12/12)*
                                   Sarah D. Youngblood

26                                      Attorneys for Defendant
                                   OWENS-BROCKWAY GLASS

27                                      CONTAINER INC.

28

STIPULATION AND [PROPOSED] ORDER TO FURTHER EXTEND EXPERT DISCLOSURE DEADLINES AND
TO EXTEND DISCOVERY CUT-OFF DATE

**PURSUANT TO STIPULATION, THE EXTENSIONS OF THE EXPERT DISCLOSURE DEADLINES ARE SO ORDERED.**

**GIVEN THE NECESSITY FOR AN EXTENSION OF THE DISCOVERY COMPLETION DATE IN LIGHT OF THE NEW EXPERT DISCLOSURE DEADLINES, THE DISCOVERY COMPLETION DATE IS EXTENDED TO NOVEMBER 14, 2014.**

**Dated:  August 14, 2014**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION AND [PROPOSED] ORDER TO FURTHER EXTEND EXPERT DISCLOSURE DEADLINES AND
TO EXTEND DISCOVERY CUT-OFF DATE