1 | SCHIFF HARDIN LLP
Stephen M. Hankins (CSB #154886)
2 | *shankins@schiffhardin.com*
Sarah D. Youngblood (CSB #244304)
3 | *syoungblood@schiffhardin.com*
One Market Plaza, Spear Street Tower
4 | Thirty-Second Floor
San Francisco, CA 94015
5 | Telephone: 415-901-8700
Facsimile: 415-901-8701

Attorneys for Defendant
OWENS-BROCKWAY GLASS CONTAINER INC.

SANDRA J. COHEN, CA SB#. 85045
300 South First Street, Suite 320
San Jose CA 95113
408-975-0545
e-mail:sjcohen@employmentatty.com

Attorney for Plaintiff ELIZABETH SAMUELS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| ELIZABETH SAMUELS, | CASE NO. 2:13-CV-00713-GEB-DAD |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO COMPLETE SPECIFIED DISCOVERY** |
| vs. | |
| OWENS-BROCKWAY GLASS CONTAINER, INC. and DOES I through V, | Judge: Honorable Garland E. Burrell |
| Defendants. | |

The parties, by and through their attorneys of record have met and conferred and agreed to the following stipulation:

(1) On August 14, 2014, pursuant to the parties' stipulation, the Court entered an order extending the discovery cut-off date to November 14, 2014. *See* Docket No. 23.

(2) The parties desire to take the depositions of certain specified individuals prior to proceeding to trial in this case: Howard Siu, M.D., the Panel Qualified Medical Examiner in plaintiff's underlying workers' compensation matters; and Linda Young and Audrey Dean Williams, two fact witnesses identified by plaintiff as having information relevant to her claims.

(3) Owing to circumstances beyond the parties' control, the parties will be unable to

1   depose these three individuals prior to the November 14, 2014 discovery cut-off.

2       (4)   Howard Siu, M.D. is on a sabbatical and will not be available for deposition until
3   January 2015 at the earliest.

4       (5)   Defendant has not been able to effect service of deposition subpoenas upon Linda
5   Young and Audrey Dean Williams.

6       (6)   The parties also currently have written discovery requests for which responses are
7   mutually outstanding.

8       (7)   With the exception of the specified depositions and outstanding written discovery
9   responses, discovery in this case is otherwise complete.

10      (8)   Given the current status of discovery in this case, the fact that the final pretrial
11  conference is set for February 23, 2015, and the fact that trial is not until May 19, 2015, the parties
12  have met and conferred and have agreed that a further extension of the discovery cut-off, for the
13  express, limited purposes of (i) taking the depositions of the three above-named individuals and
14  (ii) responding to the currently outstanding written discovery requests would be in the best interest
15  of each party.

16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

Therefore, the parties have agreed to and propose an extension of the deadline to complete the specified depositions from the current date of November 14, 2014 to January 31, 2015.  The parties have further agreed to and propose permitting responses to the specified outstanding written discovery requests to be served on or before November 19, 2014.

**IT IS SO STIPULATED.**

Dated:  November 11, 2014         SANDRA J. COHEN

                                  By: */s/ Sandra J. Cohen* (approved 11/11/14)
                                       Sandra J. Cohen
                                       Attorneys for Plaintiff
                                       ELIZABETH SAMUELS

Dated:  November 11, 2014         SCHIFF HARDIN LLP

                                  By:  */s/ Sarah D. Youngblood*
                                       Sarah D. Youngblood
                                       Attorneys for Defendant
                                       OWENS-BROCKWAY GLASS
                                       CONTAINER INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**Dated:  November 13, 2014**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROOF OF SERVICE TO STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO COMPLETE SPECIFIED DISCOVERY