UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SAMUELS,<br><br>             Plaintiff,<br><br>     v.<br><br>OWENS-BROCKWAY GLASS CONTAINER, INC.,<br><br>             Defendant. | No.  2:13-cv-00713-GEB-DAD<br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

The parties filed a Joint Notice of Settlement on March 12, 2015, in which they state "the lawsuit has been settled[,]" and request

> that the Pre-trial Conference currently scheduled for March 30, 2015 be vacated. Because the parties are still negotiating settlement terms and because the settlement agreement will require approval by California's Workers Compensation Appeals Board, the parties request 60 days from the date of this Notice in which to file the dismissal.

(Joint Notice of Settlement, ECF No. 65.)

Therefore, a dispositional document shall be filed no later than May 11, 2015. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

1

Further, in light of the referenced settlement, the pending motion for summary judgment (ECF No 28) is deemed withdrawn, and the final pretrial conference scheduled for hearing on March 30, 2015, is vacated.

IT IS SO ORDERED.

Dated: March 13, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2