# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

ELIZABETH SAMUELS,

    Plaintiff,

vs.

OWENS-BROCKWAY GLASS CONTAINER, INC.,

    Defendant.

CASE NO. 2:13-CV-00713-GEB-DAD

**PROPOSED SUPPLEMENTAL ORDER RE: SETTLEMENT AND DISPOSITION**

    The parties filed a Supplemental Joint Notice of Settlement on May 11, 2015 in which they state that the Plaintiff has filed the settlement agreement, that the parties are in the process of securing the defendant's signature to the settlement agreement, and that the settlement still needs the approval of the Workers' Compensation Appeals Board, and request until June 15, 2015 to file the dismissal of this action.

    Therefore, a dispositional document shall be filed no later than June 15, 2015.  Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed.  <u>See</u> E.D. Cal. R. 160)b).  ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

    IT IS SO ORDERED.

    Dated:  May 13, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge