SANDRA J. COHEN (CSB # 85045)
300 South First Street, Suite 320
San Jose CA  95113
Telephone:     (408) 975-0545
*sjcohen@employmentatty.com*

Attorney for Plaintiff
ELIZABETH SAMUELS

SCHIFF HARDIN LLP
Stephen M. Hankins (CSB # 154886)
*shankins@schiffhardin.com*
Sarah D. Youngblood (CSB # 244304)
*syoungblood@schiffhardin.com*
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
Telephone:     (415) 901-8700
Facsimile:     (415) 901-8701

Attorneys for Defendant
OWENS-BROCKWAY
GLASS CONTAINER INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SAMUELS,<br><br>                    Plaintiff,<br><br>v.<br><br>OWENS-BROCKWAY GLASS<br>CONTAINER INC.<br><br>                    Defendant. | Case No.  2:13-cv-00713-GEB-DAD<br><br>**STIPULATION OF DISMISSAL AND<br>[PROPOSED] ORDER** |

        WHEREAS, the Parties have entered into a settlement agreement that has resolved all

issues and controversies to their mutual satisfaction;

        THEREFORE, the Parties stipulate through their designated counsel that the above-

captioned mater be dismissed pursuant to FRCP 41 (a) ii with prejudice;

        The parties further stipulate that, except as set forth in the Confidential Settlement

Agreement and General Release of All Claims, the parties shall bear their own attorney's fees, expenses and costs.

The parties request that the Court retain jurisdiction through August 1, 2015 to enforce the terms of the settlement agreement.

Dated:  June 10, 2015                    SANDRA J. COHEN

                                         By: /s/ Sandra J. Cohen
                                             Sandra J. Cohen
                                             Attorney for Plaintiff
                                             ELIZABETH SAMUELS


Dated:  June 10, 2015                    SCHIFF HARDIN LLP

                                         By: /s/ Sarah D. Youngblood
                                             Sarah D. Youngblood
                                             Attorneys for Defendant
                                             OWENS-BROCKWAY GLASS
                                             CONTAINER INC.


## ORDER OF DISMISSAL

In light of the parties' settlement, this action is dismissed with prejudice.

Dated:  June 11, 2015


                                         _____
                                         GARLAND E. BURRELL, JR.
                                         Senior United States District Judge